# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

46 East Ohio Street, Room 105
Indianapolis, Indiana
46204

921 Ohio Street
Terre Haute, Indiana
47807

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

February 25, 2019

United States District Court
Northern District of Illinois
Office of the Clerk
219 South Dearborn Street, 20th Floor
Chicago, IL 60604


Re: ROBERT v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al
Cause Number: 1:19–cv–00481–JPH–DML


To Whom it May Concern:

Pursuant to an Order dated February 15, 2019, the above file is being transferred to the United States District Court for the Northern District of Illinois. The case file has been transferred electronically to your court via CM/ECF.


Sincerely,

Laura A. Briggs


By: s/Melanie Carmichael
Melanie Carmichael, Deputy Clerk


cc: Counsel of record